AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

ALEKSANDR LUTSYK and OLGA
LUTSYK, husband and wife,

                Plaintiffs,

v.

COOPER EQUIPMENT, INC., an Idaho corporation,

                Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-276-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Complaint and the claims therein are Dismissed with prejudice and without costs or attorneys fees to any party.

June 17, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Shirley Peters
*(By) Deputy Clerk*
Shirley Peters